IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES WHITTIER, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-747 |
| | § | |
| OCWEN LOAN SERVICING, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER ENJOINING DEFENDANTS**

On March 16, 2020, the Magistrate Judge recommended that the court enjoin the non-judicial foreclosure of Plaintiffs' property pending a hearing concerning Defendants' failure to perform as agreed in the settlement documents. That hearing is presently set for April 20, 2020, at 10 a.m.

Defendants have not interposed an objection to maintaining the status quo of Plaintiffs' loan status pending a hearing. It is therefore **ORDERED** that Defendants are **ENJOINED** from foreclosing on Plaintiffs' property pending further order of the court.

Signed in Houston, Texas on April 8, 2020.

_____
Gray H. Miller
Senior United States District Judge