United States District Court
Southern District of Texas
**ENTERED**
June 22, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHARLES A. WHITTIER, *et al.*, § § § *Plaintiffs*, § § v. § § OCWEN LOAN SERVICING, LLC, *et al.*, § § § *Defendants*. § | CIVIL ACTION H-18-747 |

# ORDER

The telephone status conference set June 23, 2020 at 10:00 a.m. will be held before Senior Judge Gray H. Miller. The call in information is as follows:

713-250-5707
meeting ID: 45707#
pin: 13579#

Signed at Houston, Texas on June 22, 2020.

_____
Gray H. Miller
Senior United States District Judge